**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fulton Estates Homeowners Association, | No. CV-20-00738-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| My Blessed Home LLC, et al., | |
| Defendants. | |

On April 15, 2020, the United States of America, on behalf of Defendant United States Department of the Treasury, Internal Revenue Service, removed this action from Maricopa County Superior Court. (Doc. 1.) Attached to the Notice of Removal is an answer, filed by Maria E. Obregon ("Ms. Obregon") on behalf of Defendant My Blessed Home LLC. (Doc. 1-1 at 143-145.)

Ms. Obregon does not appear to be an attorney, and therefore she cannot represent My Blessed Home LLC in any capacity in this Court. *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (non-attorney members of a partnership cannot appear on behalf of the partnership). All "motions and pleadings must be filed by counsel." *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004). For that reason, the answer filed by Ms. Obregon (Doc. 1-1 at 143-145) will be struck. My Blessed Home LLC must retain counsel and respond to the complaint.

Ordinarily, a defendant that did not respond to the complaint before removal (as is the case here, as the answer filed by Ms. Obregon is struck) must respond within the

timeframe delineated by Rule 81(c)(2). However, Ms. Obregon indicated in the (now-struck) answer that acute personal hardship has befallen her and My Blessed Home LLC as a result of the COVID-19 pandemic. (Doc. 1-1 at 145.) Although the answer is struck, which renders it a nullity, the Court remains aware of this situation and recognizes its gravity. Therefore, the deadline for My Blessed Home LLC to respond to the complaint will be extended *sua sponte* to June 1, 2020.

Accordingly,

**IT IS ORDERED** that the answer filed by Ms. Obregon on behalf of My Blessed Home LLC (Doc. 1-1 at 143-145) is **struck**. The Clerk of Court is directed to amend the docket to reflect that My Blessed Home LLC does not have (and has never had) any representation in this action (pro se or otherwise). Nevertheless, the Clerk of Court shall mail a copy of this order to My Blessed Home LLC at Ms. Obregon's address.

**IT IS FURTHER ORDERED** that My Blessed Home LLC must retain counsel and respond to the complaint by **June 1, 2020**.

Dated this 21st day of April, 2020.

Dominic W. Lanza
United States District Judge